IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH A. TAYLOR,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN JR., Governor, et al.,**<br><br>Defendants. | Case No. C 14-0647 VC (PR)<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS** |

Defendants D. Milligan and G. Pimental (Defendants) filed a request for extension of time up to and including October 24, 2014, in which to respond to Plaintiff's first set of requests for admissions.

The Court has read and considered Defendant's request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendant's request for an extension of time is GRANTED. The time for Defendant to respond to Plaintiff's first set of requests for admissions is extended for thirty days, up to and including October 24, 2014.

IT IS SO ORDERED.

Dated: September 17, 2014

_____
The Honorable Vince Chhabria

SF2014409346
41076504.doc

1

[Proposed] Order (C 14-0647 VC (PR))