UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RALPH A. TAYLOR,

    Plaintiff,

    v.

D. MILLIGAN, et al.,

    Defendants.

Case No. 14-cv-00647-VC

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

Re: Dkt. No. 27

Plaintiff Ralph Taylor's motion for a default judgment against G. D. Lewis is denied. This Order terminates docket number 27.

**IT IS SO ORDERED.**

Dated: October 6, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RALPH A. TAYLOR,

    Plaintiff,

v.

D. MILLIGAN, et al.,

    Defendants.

Case No. 14-cv-00647-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/6/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ralph A. Taylor ID: D-03780
Pelican Bay State Prison D-3-222
P O Box 7500
Crescent City, CA 95532

Dated: 10/6/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2