1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**RALPH A. TAYLOR,**

Plaintiff,

v.

**EDMUND G. BROWN JR., Governor, et al.,**

Defendants.

Case No. C 14-0647 VC (PR)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** AS MODIFIED

Defendants G. Lewis, D. Milligan and G. Pimental (Defendants) filed a request for extension of time up to and including October 27, 2014, in which to file a dispositive motion.

The Court has read and considered Defendant's request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendant's request for an extension of time is GRANTED. The time for Defendant to file a dispositive motion is extended for twenty days, up to and including October 27, 2014. Plaintiff's opposition is due twenty-eight days thereafter.

IT IS SO ORDERED.

Dated: October 22, 2014

_____
The Honorable Vince Chhabria

1

[Proposed] Order (C 14-0647 VC (PR))