IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. TAYLOR,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN JR., Governor, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C 14-0647 VC (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS A-1 AND C-1 TO THE D. MILLIGAN DECLARATION UNDER SEAL |

　　　　Pursuant to Northern District Local Rules 79-5 and 7-11, the Court, having reviewed the accompanying Declaration of S. Soderlund supporting the administrative motion to seal documents, and good cause appearing, hereby issues the following order:

　　　　It is hereby ORDERED that Exhibits A-1 and C-1 to the declaration of D. Milligan's declaration submitted in support of Defendants' October 15, 2014 summary judgment motion, shall be filed under seal and for in camera review only.

　　　　**IT IS SO ORDERED.**

Dated: April 22, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Vince Chhabria