IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH A. TAYLOR,** | Case No. C 14-0647 VC (PR) |
| Plaintiff, | [~~PROPOSED~~] **ORDER STAYING DISCOVERY** |
| v. | |
| **EDMUND G. BROWN JR., Governor, et al.,** | |
| Defendants. | |

This Court, having considered Defendants' motion to stay discovery, the papers filed, and arguments made in support and in opposition to the same, and good cause appearing,

IT IS ORDERED that discovery in this matter is stayed pending resolution of Defendants' motion on the threshold question of qualified immunity.

Dated: April 22, 2015

_____
The Honorable Vince Chhabria

[Proposed] Order (C 14-0647 VC (PR))