UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RALPH A. TAYLOR,

    Plaintiff,

    v.

D. MILLIGAN, et al.,

    Defendants.

Case No. 14-cv-00647-VC

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 66

    Plaintiff Ralph A. Taylor's motion for an extension of time to file his opposition to the defendants' motion for summary judgment is granted. Taylor's opposition is due by October 20, 2015. The defendants' reply is due fourteen days thereafter.

    **IT IS SO ORDERED**.

Dated: September 16, 2015

VINCE CHHABRIA
United States District Judge

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH A. TAYLOR,<br>  Plaintiff,<br>  v.<br>D. MILLIGAN, et al.,<br>  Defendants. | Case No. 14-cv-00647-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ralph A. Taylor ID: D-03780
Corcoran State Prison 4B3L-6
PO Box 3481
Corcoran, CA 93212

Dated: September 16, 2015

            Susan Y. Soong
            Clerk, United States District Court

            By:_____
            Kristen Melen, Deputy Clerk to the
            Honorable VINCE CHHABRIA

2